```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10044
   FRANKLIN R GARCES
   MARIA C GARCES                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6412     SSN XXX-XX-7877

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was not confirmed.

     The case was dismissed without confirmation 09/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I  NOT FILED            .00             .00
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED            .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00            .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE        .00            .00             .00
CHASE HOME FINANCE LLC    UNSECURED      NOT FILED            .00             .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00            .00             .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        .00            .00             .00
GREATER CHICAGO FINANCE   SECURED VEHIC    5547.00            .00          498.75
GREATER CHICAGO FINANCE   UNSECURED         739.32            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00             .00
ARCHER HEIGHTS C U        SPECIAL CLASS    5899.45            .00             .00
ARCHER HEIGHTS C U        SPECIAL CLASS  NOT FILED            .00             .00
ARC HGTS CU               NOTICE ONLY    NOT FILED            .00             .00
AT & T WIRELESS           UNSECURED      NOT FILED            .00             .00
AT & T                    NOTICE ONLY    NOT FILED            .00             .00
BALLYS TOTAL FITNESS      UNSECURED      NOT FILED            .00             .00
BANK FIRST                NOTICE ONLY    NOT FILED            .00             .00
CAPITAL ONE               UNSECURED        1173.77            .00             .00
CBE GROUP                 UNSECURED      NOT FILED            .00             .00
CCB CREDIT SERVICE INC    UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         160.00            .00             .00
CREDIT COLLECTION SERVIC  UNSECURED      NOT FILED            .00             .00
DISH NETWORK              UNSECURED      NOT FILED            .00             .00
E CHX                     UNSECURED      NOT FILED            .00             .00
F&W LLC                   UNSECURED      NOT FILED            .00             .00
FIRST PREIMER BANK        UNSECURED         408.65            .00             .00
FREIDMAN & WEXLER LLC     UNSECURED      NOT FILED            .00             .00
FRIEDMAN & WEXLER         NOTICE ONLY    NOT FILED            .00             .00
HIGHWOOD TRAVEL           UNSECURED      NOT FILED            .00             .00
ICE MOUNTAIN              UNSECURED      NOT FILED            .00             .00
J & J ALARM SERVICES      UNSECURED      NOT FILED            .00             .00
JOSE & THERESA NIETO      UNSECURED      NOT FILED            .00             .00
M3 FINANCIAL SERVICES IN  UNSECURED      NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10044 FRANKLIN R GARCES & MARIA C GARCES
```

```
MB FINANCIAL BANK         UNSECURED       NOT FILED             .00            .00
MRSI                      UNSECURED       NOT FILED             .00            .00
MRSI                      UNSECURED       NOT FILED             .00            .00
NES IDAP                  UNSECURED       NOT FILED             .00            .00
NES IDAP                  UNSECURED       NOT FILED             .00            .00
NICOR GAS                 UNSECURED         736.03              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         506.93              .00            .00
PHYSICIAN SPECIALTY CENT  UNSECURED       NOT FILED             .00            .00
PITNEY & BOWES            UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         740.86              .00            .00
SALLIE MAE LSCF           UNSECURED       NOT FILED             .00            .00
TOWN OF CICERO            UNSECURED       NOT FILED             .00            .00
US CELLULAR               NOTICE ONLY     NOT FILED             .00            .00
VICTOR SANCHEZ            UNSECURED        45931.27             .00            .00
LUNA TRAVEL & TAX SERVIC  NOTICE ONLY     NOT FILED             .00            .00
LUNA TRAVEL & TAX SERVIC  NOTICE ONLY     NOT FILED             .00            .00
LUNA TRAVEL & TAX SERVIC  NOTICE ONLY     NOT FILED             .00            .00
LUNA TRAVEL & TAX SERVIC  NOTICE ONLY     NOT FILED             .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED             .00            .00
ISAC                      UNSECURED        21643.85             .00            .00
ISAC                      UNSECURED         5453.17             .00            .00
DANIEL J WINTER           DEBTOR ATTY      1,174.00                         219.60
TOM VAUGHN                TRUSTEE                                            50.65
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  769.00

PRIORITY                                              .00
SECURED                                            498.75
UNSECURED                                             .00
ADMINISTRATIVE                                     219.60
TRUSTEE COMPENSATION                                50.65
DEBTOR REFUND                                         .00
                     ---------------      ---------------
TOTALS                   769.00                    769.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE